IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | §   CRIMINAL  NO. H-06-52-8 |
| | § |
| | § |
| AMBROSIO RODRIGUEZ | § |

**O R D E R**

The defendant, Ambrosio Rodriguez, has filed a motion to request counsel. Rodriguez pleaded guilty in 2006 to conspiracy to possess methamphetamine (ice) with the intent to distribute it. He was sentenced in 2007. He did not appeal and his plea agreement included a broad waiver of the right to do so or to file a postconviction challenge. Rodriguez apparently seeks counsel to pursue the possibility of a Rule 35 reduction in sentence. There is no basis to appoint counsel for such a purpose. The motion (Docket Entry No. 987) is denied.

SIGNED on May 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge